ERIC J. RATINOFF (SBN 166204)
DOUGLAS A. ROTHSCHILD (SBN 207333)
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: eratinoff@kcrlegal.com
Email: drothschild@kcrlegal.com

MICHAEL B. HORROW (SBN 162917)
NICHOLE D. POGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff,
CASSIE RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE RAY,<br><br>                 Plaintiff,<br><br>       vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and DOES 1 THROUGH 25, inclusive,<br><br>                 Defendants. | Case No. 2:11-cv- 01167-MCE-EFB<br><br>*Assigned for All Purposes to the Honorable Morrison C. England, Jr.*<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

\\

\\

\\

\\

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DONAHUE & HORROW, LLP